UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:09MJ306

**FILED
CHARLOTTE, NC
MAY 1 4 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC**

**IN THE MATTER OF THE SEIZURE OF** )
)
One 2004 Jaguar, ) ORDER TO UNSEAL
VIN SAJWA71C84SG17864. )
)

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney, for an order directing that the Seizure Warrant Affidavit and Application, Motion to Seal, and Order to Seal be unsealed because protecting the secrecy of the ongoing nature of the investigation in this matter is no longer necessary,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application, the Motion to Seal, and the Order to Seal be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Attorney's Office.

This the 14th day of May, 2010.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE